REED J. WASHER, COLLECTOR, &c., PLAINTIFF IN ERROR, v. THE STATE, CYRUS ACKERSON, PROSECUTOR, DEFENDANT IN ERROR.

On error to the Supreme Court.

For opinion of the Supreme Court, see 22 *Vroom* 122.

For the plaintiff in error, *M. Rosenkrans.*

For the defendant in error, *L. Van Blarcom.*

PER CURIAM.
The judgment of the Supreme Court is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, DIXON, KNAPP, MAGIE, VAN SYCKEL, BROWN, COLE, SMITH, WHITAKER. 10.

*For reversal*—None.